UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Snyder,

                            Plaintiff(s),

        -against –

Enhanced Recovery Company, LLC,

                            Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:21-CV-07417 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: September 24, 2021

      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.